# United States Court of Appeals
## For the First Circuit

No. 17-1711

JOHN BROTHERSTON, individually and as representative of a class
of similarly situated persons, and on behalf of the Putnam
Retirement Plan; JOAN GLANCY, individually and as representative
of a class of similarly situated persons, and on behalf of the
Putnam Retirement Plan,

Plaintiffs, Appellants,

v.

PUTNAM INVESTMENTS, LLC; PUTNAM BENEFITS OVERSIGHT COMMITTEE;
PUTNAM BENEFITS INVESTMENT COMMITTEE; ROBERT REYNOLDS; PUTNAM
INVESTMENT MANAGEMENT LLC; PUTNAM INVESTOR SERVICES, INC.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this court issued on October 15, 2018, is
amended as follows:

On page 40, line 7, replace "Administrator" with
"Administered."